■ JOHN H. RING, III, as Trustee of the Chapter 7 Bankruptcy Estate of ERIC GIERLINGER, et al., Plaintiffs, v JEFFREY BUSH, Also Known as JEFF BUSH, Defendant, and Third-Party Plaintiff-Appellant-Respondent. TOWN OF GAINESVILLE, Third-Party Defendant-Respondent, and VILLAGE OF WARSAW, Third-Party Defendant-Respondent-Appellant. (Appeal No. 1.) [876 NYS2d 922]—Appeal and cross appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered January 21, 2008 in a personal injury action. The order denied the motions of third-party defendants for summary judgment dismissing the third-party complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.

■ JOHN H. RING, III, as Trustee of the Chapter 7 Bankruptcy Estate of ERIC GIERLINGER, et al., Plaintiffs, v JEFFREY BUSH, Also Known as JEFF BUSH, Defendant, and Third-Party Plaintiff-Appellant. TOWN OF GAINESVILLE et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [877 NYS2d 228]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered February 20, 2008 in a personal injury action. The order amended the order entered January 21, 2008 by providing that the motions of third-party defendants for summary judgment dismissing the third-party complaint are denied without prejudice.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.